COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In re Noble Drilling (Jim Thompson), LLC, Relator

Appellate case number:   01-13-00412-CV

Trial court case number: 2011-43366

Trial court:             215th District Court of Harris County, Texas

On June 11, 2013, the parties participated in a telephone conference with Justice Harvey Brown during which Justice Brown understood the parties to have reached an agreement that (1) the trial court's order striking Noble Drilling (Jim Thompson), LLC's pleadings should be set aside, and (2) Noble's petition for writ of mandamus should be conditionally granted without any other explanation.

To avoid any misunderstanding, the Court requests that the parties confirm in writing whether such is their agreement or whether they oppose a conditional grant of the mandamus relief requested by Noble. The parties' responses are due by **Friday, June 14, 2013**.

It is so ORDERED.

Judge's signature: **/s/ Harvey Brown**_____
                        Acting Individually

Date: June 11, 2013_____